a sum of money. That gave her a special interest in the bonds to the extent of the amount due to her. The proceeds of the bonds over and above the amount so due was to be paid to Elias August, and that amount the bank certainly was entitled to retain. I think, therefore, that the judgment should be reversed.

James J. Jeffries and Others, Respondents, v. George H. Huber, Appellant.— Judgment affirmed, with costs.

The Mercantile National Bank of the City of New York, Appellant, v. The Mayor, Aldermen and Commonalty of the City of New York and Another, Respondents.— Judgment affirmed, with costs; leave given to appeal to Court of Appeals.

Moton D. Moss, Appellant, v. George T. Wilson, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Seaboard National Bank, Appellant, v Smith M. Weed, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

James D. Putnam, Respondent, v. Henderson, Hull & Company, Limited, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion.

James D. Putnam, Respondent, v. Henderson, Hull & Company, Limited, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion.

In the Matter of Colonial Park. — Motion denied.

Charles Doll and Another v. Matthew Coogan et al.— Motion denied, with ten dollars costs.

John Rheinwald v. New York Cab Company.— Motion granted, with ten dollars costs.

Johannes Schroeder v. John M. Young.— Motion denied, with ten dollars costs.

William R. Montgomery v. Brush Electric Company.— Motion denied, with ten dollars costs.

Emma Clark Tweddle v. New York Life Insurance Company et al.— Motion denied.

William R. Alling, Respondent, v. Erwin Davis, Appellant.— Judgment and order affirmed, with costs. No opinion.

William Allinger, Appellant, v. William J. McKeown, Respondent.— Judgment affirmed, with costs. No opinion.

The People of the State of New York ex rel. William L. Braman, Appellant, v. James P. Keating, as Commissioner of Highways of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Richard Donnelly, Respondent, v. Hannah Lambert, Individually and as Executrix and Trustee, etc., of Richard Donnelly, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William J. Logan, Respondent, v. John G. Moore and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles A. Furbush and Another, Appellants, v. Adolph Segal, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Proving the Last Will and Testament of Richard Tighe, Deceased, as a Will of Real and Personal Property.— Decree of surrogate modified. No opinion.

Caroline Mehrbach v. The Mayor, etc.— Motion denied, with ten dollars costs.

In the Matter of Colonial Park. In re Strouse. — Motion granted to extent stated in memorandum.

John Post v. Edward S. Savage.— Motion granted, with ten dollars costs.

The People of the State of New York v. William J. Koerner.— Motion denied.

Dauphine Steinhardt v. John O. Baker.— Motion denied.

In the Matter of John Feehan, Deceased.— Motion granted. with ten dollars costs.

Henderson, Hull & Co. v. Harry McNally et al. — Motion denied, with ten dollars costs.

The People of the State of New York v. Jacob Farber.— Motion granted.

Philip Sullivan v. Metropolitan Life Insurance Company.— Motion granted, with ten dollars costs.

Charles E. Coddington, Appellant, v. John Duffy, Respondent. — Judgment affirmed, with costs. No opinion.

Samuel Dickstein, an Infant, by His Guardian ad Litem, Israel Dickstein, Appellant, v. Metropolitan Street Railway Company, Respondent. — Judgment and order affirmed, with costs. No opinion.